An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KARL W. SCHENKER,
                    Appellant,
            vs.
ROBERT LEGRAND,
                    Respondent.

No. 66913

**FILED**

FEB 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Richard Wagner, District Judge
       Karl William Schenker
       Attorney General/Carson City
       Pershing County Clerk

---

[1] All pending motions are denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-05271